# EXHIBIT 2

**Allstate Insurance Company, et. al. v. Jeffrey Kriegel, DPM, et. al.**
**Exhibit 2 - Representative Sample of Mailed Fraudulent Claims**

| | Provider Name | Claim Number | Initials | Document Mailed | Approximate Date of Mailing | Date of Service | CPT Codes | Billed Amount |
|---|---|---|---|---|---|---|---|---|
| 1 | JEFFREY KRIEGEL | 0708897474 | KC | NYS Form NF3 | 5/15/2023 | 3/30/2023 | 99243<br>0101T<br>0101T-59 | $1,298.92 |
| 2 | JEFFREY KRIEGEL | 0708897474 | KC | NYS Form NF3 | 2/13/2024 | 3/30/2023 | 99243<br>20999<br>20999-59 | $1,298.92 |
| 3 | JEFFREY KRIEGEL | 0708897474 | KC | NYS Form NF3 | 5/26/2023 | 4/13/2023 | 99213<br>0101T<br>0101T-59 | $1,138.38 |
| 4 | JEFFREY KRIEGEL | 0708897474 | KC | NYS Form NF3 | 7/12/2023 | 4/13/2023 | 99213<br>0101T<br>0101T-59 | $1,138.38 |
| 5 | JEFFREY KRIEGEL | 0708897474 | KC | NYS Form NF3 | 2/26/2024 | 4/13/2023 | 99243<br>20999<br>20999-59 | $1,138.38 |
| 6 | JEFFREY KRIEGEL | 0677154536 | LG | NYS Form NF3 | 6/6/2023 | 4/24/2023 | 99213<br>0101T<br>1010T-59<br>0101T-59 | $1,488.57 |
| 7 | JEFFREY KRIEGEL | 0677154536 | LG | NYS Form NF3 | 2/13/2024 | 4/24/2023 | 99213<br>20999<br>20999-59<br>20999-59 | $1,488.57 |
| 8 | JEFFREY KRIEGEL | 0677154536 | LG | NYS Form NF3 | 2/14/2024 | 4/24/2023 | 99213<br>0101T<br>1010T-59<br>0101T-59 | $1,488.57 |
| 9 | JEFFREY KRIEGEL | 0712759372 | ML | NYS Form NF3 | 9/25/2023 | 8/10/2023 | 99244<br>0101T<br>0101T-59<br>64999<br>64999-59<br>99070 | $3,552.72 |
| 10 | JEFFREY KRIEGEL | 0712759372 | ML | NYS Form NF3 | 10/13/2023 | 8/10/2023 | 99244<br>0101T<br>0101T-59<br>64999<br>64999-59<br>99070 | $3,552.72 |
| 11 | JEFFREY KRIEGEL | 0712759372 | ML | NYS Form NF3 | 2/13/2024 | 8/10/2023 | 99244<br>20999<br>20999-59<br>28899<br>27899-59<br>99070 | $3,552.72 |
| 12 | WILLIAM LEVINE | 0722571742 | JP | NYS Form NF3 | 10/16/2023 | 9/8/2023 | 99244<br>64999<br>64999-59<br>99070 | $2,502.15 |
| 13 | WILLIAM LEVINE | 0722571742 | AC | NYS Form NF3 | 10/16/2023 | 9/8/2023 | 99244<br>64999<br>64999-59<br>99070 | $2,502.15 |

**Allstate Insurance Company, et. al. v. Jeffrey Kriegel, DPM, et. al.**
**Exhibit 2 - Representative Sample of Mailed Fraudulent Claims**

|    | Provider Name | Claim Number | Initials | Document Mailed | Approximate Date of Mailing | Date of Service | CPT Codes | Billed Amount |
|----|---------------|--------------|----------|-----------------|----------------------------|-----------------|-----------|---------------|
| 14 | JEFFREY KRIEGEL | 0727289589 | RR | NYS Form NF3 | 10/10/2023 | 9/19/2023 | 99244 0101T 0101T-59 64999 64999-59 99070 | $3,552.72 |
| 15 | JEFFREY KRIEGEL | 0727289589 | RR | NYS Form NF3 | 2/26/2024 | 9/19/2023 | 99244 20999 20999-59 28899 27899-59 99070 | $3,552.72 |
| 16 | WILLIAM LEVINE | 0697954212 | SG | NYS Form NF3 | 1/9/2024 | 10/2/2023 | 99244 0101T 0101T-59 64999 64999-59 99070 20605 20600 | $3,701.37 |
| 17 | WILLIAM LEVINE | 0697954212 | SG | NYS Form NF3 | 2/9/2024 | 10/2/2023 | 99244 20999 20999-59 28899 27899-59 99070 20605 20600 | $3,701.37 |
| 18 | WILLIAM LEVINE | 0697954212 | SG | NYS Form NF3 | 3/6/2024 | 10/2/2023 | 99244 20999 20999-59 28899 27899-59 99070 20605 20600 | $3,701.37 |
| 19 | WILLIAM LEVINE | 0703283168 | KDR | NYS Form NF3 | 11/14/2023 | 10/13/2023 | 99244 64999 64999-59 99070 | $2,502.15 |
| 20 | WILLIAM LEVINE | 0722571742 | JP | NYS Form NF3 | 11/14/2023 | 10/13/2023 | 99213 | $87.80 |
| 21 | WILLIAM LEVINE | 0722571742 | AC | NYS Form NF3 | 11/14/2023 | 10/13/2023 | 99213 64999 64999-59 99070 | $2,265.25 |
| 22 | WILLIAM LEVINE | 0732266820 | WD | NYS Form NF3 | 11/27/2023 | 10/17/2023 | 99244 0101T 0101T-59 64999 64999-59 99070 | $3,552.73 |

**Allstate Insurance Company, et. al. v. Jeffrey Kriegel, DPM, et. al.**
**Exhibit 2 - Representative Sample of Mailed Fraudulent Claims**

|    | Provider Name | Claim Number | Initials | Document Mailed | Approximate Date of Mailing | Date of Service | CPT Codes | Billed Amount |
|----|---------------|--------------|----------|-----------------|-----------------------------|-----------------|-----------|---------------|
| 23 | WILLIAM LEVINE | 0732266820 | WD | NYS Form NF3 | 3/6/2024 | 10/17/2023 | 99244 20999 20999-59 28899 27899-59 99070 | $3,552.73 |
| 24 | WILLIAM LEVINE | 0721390516 | JG | NYS Form NF3 | 11/14/2023 | 10/18/2023 | 99244 64999 64999-59 99070 | $2,502.15 |
| 25 | WILLIAM LEVINE | 0738609536 | AN | NYS Form NF3 | 2/13/2024 | 1/4/2024 | 99244 20999 28899 99070 20605 | $2,461.49 |
| 26 | WILLIAM LEVINE | 0737894477 | LG | NYS Form NF3 | 3/21/2024 | 1/30/2024 | 99244 20999 28899 27899-59 99070 | $3,202.54 |
| 27 | JEFFREY KRIEGEL | 0747945953 | LC | NYS Form NF3 | 7/16/2024 | 5/30/2024 | 99243 20999 | $948.73 |
| 28 | JEFFREY KRIEGEL | 0758330856 | TC | NYS Form NF3 | 7/29/2024 | 6/18/2024 | 99243 20999 20999-59 | $1,298.92 |